UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA :
:
:
VS. : ORDER
:
ANTONIO RODRIGUEZ :
: CR. NO. 13-cr-722 (NLH)
:

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this 6th day of December, 2013,

ORDERED that Richard Coughlin, Federal Public Defender for the District of New Jersey, (Christopher O'Malley, AFPD) is hereby appointed to represent said defendant in this case until further order of the Court.

                                                       NOEL L. HILLMAN,
                                                       UNITED STATES DISTRICT JUDGE

cc: Federal Public Defender